

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00144-CR

Anthony Lee **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10000
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 19, 2017.

_____
Patricia O. Alvarez, Justice